FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERTO FLORES, | Case No. SACV 12-01378 DSF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| C. GIPSON, WARDEN - CSP, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: August 27, 2012

*/s/ Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY