FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy              DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERTO FLORES,<br><br>   Petitioner,<br><br>   v.<br><br>C. GIPSON, WARDEN - CSP,<br><br>   Respondent. | Case No. SACV 12-01378 DSF (AN)<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: August 27, 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   Shy          DEPUTY